IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10-cv-00391-WDM-CBS

CRYSTAL HERNANDEZ,

    Plaintiff,

v.

ENHANCED RECOVERY CORPORATION,

    Defendant.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on May 13, 2010

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States Senior District Judge